**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Naser Sadeddeen, | No. CV-09-00846-PHX-FJM |
| Petitioner, | **ORDER** |
| vs. | |
| Katrina Kane, | |
| Respondent. | |

The court has before it Naser Sadeddeen's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1), Katrina Kane's response (doc. 9), petitioner's reply (doc. 10), and the United States Magistrate Judge's report and recommendation (doc. 15). No objection to the report and recommendation was made.

The Magistrate Judge recommends dismissing the petition without prejudice for failure to prosecute. Petitioner was released on order of supervision in September 2009, and he has failed to keep his mailing address current. The court accepts the recommended decision of the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, **IT IS ORDERED DISMISSING** the petition for writ of habeas corpus without prejudice for failure to prosecute (doc. 1).

DATED this 24th day of February, 2010.

Frederick J. Martone
United States District Judge